# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GABRIEL RAMOS-MORAN,<br><br>Defendant. | Case No.: 19-CR-2984-DEB<br><br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE AND TO EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case against defendant JOSE GABRIEL RAMOS-MORAN, be dismissed without prejudice.

IT IS FURTHER ORDERED that bond be exonerated

IT IS SO ORDERED.

DATED: December 13, 202.


Daniel E. Butcher
United States Magistrate Judge